

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Dr. T. J. Crowe, Secretary
Texas State Board of Medical Examiners
918-19-20 Texas Bank Building
Dallas, Texas

Dear Sir;

Opinion No. 0-6340
Re: The expenses of the Secretary
of the State Board of Medical
Examiners in attending examina-
tion session of the State Board
of Medical Examiners to be paid
in the manner provided by Article
4502, Revised Civil Statutes of
Texas, 1925.

You request this department's opinion as to whether the traveling expenses, as well as hotel and meals, of the Secretary of the Texas State Board of Medical Examiners, incurred by him for work done in preparation for and during the holding of an examination session of the Board of Medical Examiners are to be paid out of funds designated in Article 4498a of Vernon's Annotated Civil Statutes of Texas, 1925 Revision, or Article 4502 of the Revised Civil Statutes of Texas, 1925.

Articles of the Statutes pertinent to your inquiry follows:

Article 4495, in part, provides:

"The State Board of Medical Examiners shall consist of twelve men, learned in medicine, legal and active practitioners in the State of Texas, * * * (to) be appointed by the Governor of the State."

Article 4496, in part, is as follows:

"* * * At the first meeting of said board after each biennial appointment, the board shall elect a president, vice-president and secretary-treasurer."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Dr. T. J. Crowe, page 2

Article 4498a provides for registration of practitioners with the State Board of Medical Examiners and the payment of certain fees and Section 3 of said Article 4498a, provides that:

"All annual registration fees collected by the State Board of Medical Examiners under this Act shall be placed in the State Treasury, to the credit of a special fund to be known as 'Medical Registration Fund', and all of the current revenues to be derived and placed to the credit of said fund * * * are hereby appropriated and shall be used by the State Board of Medical Examiners, and under its direction, in the enforcement of the laws of this State prohibiting the unlawful practice of medicine, and in the dissemination of information to prevent the violation of those who violate such laws. * * *

"In performing the duties devolved by this Act upon the Board of Medical Examiners, said Board shall act through the Secretary-Treasurer of the Board of Medical Examiners."

Article 4501 provides for examination fees, as follows:

"All applicants for license to practice medicine in this State not otherwise licensed under the provisions of law must successfully pass an examination by the Board of Medical Examiners. The Board is authorized to adopt and enforce rules of procedure not inconsistent with the statutory requirements. * * * Applications for the examination must be made in writing, verified by affidavit, and filed with the Secretary of the Board, on forms prescribed by the Board, accompanied by a fee of Twenty-five Dollars ($25). * * *

"If any applicant, because of failure to pass the required examination, shall be refused a license, he or she, at such time as the Board of Medical Examiners may fix, shall be permitted to take a sub-

Dr. T. J. Crowe, page 3

sequent examination, upon such subject required
in the original examination as the Board may pre-
scribe, upon the payment of such part of Twenty-
five Dollars ($25) as the Board may determine
and state."

Article 4502 provides for the disposition of such
examination fees as follows:

"The fund realized from the aforesaid fees
shall be applied first to the payment of necessary
expenses of the board of examiners; any remaining
funds shall be applied by the order of the board
to compensating members of the board in proportion
to their labors." (Underscoring ours)

It is our opinion that the expenses incurred by the
Secretary of the Board in preparing for and during the holding
of examination session of the Board of Medical Examiners con-
stitute expense incurred under Article 4502 of the Statutes
and are to be paid out of the funds received by the Board for
the issuance of license certificates. This view is fortified
by the further fact that the Secretary of the Board is also
a member of the Board and in doing the work outlined is doing
it as a member of the examining and licensing board. Such
work, done by the Secretary, is more closely related to the
licensing feature of the Act than it is to the enforcement
features relating and prohibiting the unlawful practice of
medicine.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

David Wuntch
Assistant

APPROVED APR 5, 1945

ATTORNEY GENERAL OF TEXAS

DW:zd

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

